IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-cv-179-SA-JMV

JEREMY MCKINNEY

### DEFAULT JUDGMENT

The Defendant, Jeremy McKinney, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 17, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Jeremy McKinney, in the amount of $139,182.00, plus a separate filing fee of $405.00 to the Clerk of Court.

This the 19th day of September, 2024.

                                                         s/ David Crews
BY:     Clerk of Court by LGM